Holmes *v.* Sheridan.

---

HENRY H. HOLMES, receiver, &c., respondent,

*v.*

THERESA A. S. SHERIDAN, appellant.

[Filed August 25th, 1903.]

*Mr. Charles J. Roe,* for the appellant.

*Messrs. Carrick & Wortendyke,* for the respondent.

PER CURIAM.

The decree appealed from in this case is affirmed, for the reasons set forth in the opinion of Vice-Chancellor Stevens, filed in the court of chancery.   See *56 Atl. Rep. 308.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VOORHEES, VROOM, GREEN—13.

*For reversal*—None.